UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

APR 0 9 2024

Clerk, U.S. Courts
District of Montana
Helena Division

Jason Michael Hoover
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Act Fast Bail LLC, Lacy Hubber
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

) Case No. _____
) (to be filled in by the Clerk's Office)
)
) Jury Trial: *(check one)* [X] Yes [ ] No
)
)
)
)
)
)
)
)

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name          Jason Michael Hoover
Street Address    2340 Mullen [illegible]
City and County   Missoula, Missoula County
State and Zip Code   MT 59808
Telephone Number
E-mail Address

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

Name: Act Fast Bail LLC.
Job or Title (if known): Private company
Street Address: P.O. Box 4462
City and County: Butte, Silver Bow County
State and Zip Code: MT 59702
Telephone Number: 406-498-8505
E-mail Address (if known):

Defendant No. 2

Name: Lacy Hubber
Job or Title (if known): Owner
Street Address: P.O. Box 4462
City and County: Butte, Silver Bow County
State and Zip Code: MT 59702
Telephone Number: 406-498-8505
E-mail Address (if known):

Defendant No. 3

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 4

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question  [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. • Cruel and unusual punishment by the Defendants pistol whipping me and tasing me over 100 times. Resulting in Severe bodily injury • Due process violation Defendants took the law into there own hands and removed my costitutinal right of due process prior to corporal punishment • The defendants deprived me of equal protection under law

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b.  If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I had a Warrent out of Madison County MT. The bounty Hunters for Act East Bail Bonds LLC. found me in Salyer Ca. They tackled me pistol whiped me in the head and caused my head to split open I got 18 staples and they broke and Fractured my ribs and tazed me way over 100 times all over my whole body and dislocated my shoulder with my arm still hardly works. On 9-26-23 I woke up unconrish at Trincty County Hostpical in Weguerdsille, CA and was admitted at 17:48 pm, where I was treated for Muptile Laseartions on the head plwhole body, 18 staples in the back of my head from a glock pistol and they said they were going to kill me and broken o fracked ribs & dislocated shoulder and I was charged for the hospital bill # Act No 30052,178 and they refused to take me to Hubolt

IV. Relief County jail in CA they drove me straight through to Bozman MT on 9-27-23 and put into custody in the gulligtow County Jail

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

- 10 years of loss income at a yearly income of $93,600.00 = $936,000.00
- Mental duress = $100,000.00
- Physical damages = $2,000,000.00
- All past medical cost = UnKown
- All possible new medical cost = $1,000,000.00
- Pain and suffering = $1,000,000.00
- All Legal cost

Total = $5,036,000.00

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04-01-2024

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Jason Michael Hoover

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____