IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JASON MICHAEL HOOVER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ACT FAST BAIL LLC, LACY HUBBER, and DOES 1-10,<br><br>　　　　　Defendants. | CV 24-20-BU-DWM<br><br><br>ORDER |

On August 30, 2024, Plaintiff Jason Hoover was ordered to show cause why this matter should not be dismissed for lack of subject-matter jurisdiction. (Doc. 19.) On September 13, 2024, Hoover responded agreeing that this Court lacks subject-matter jurisdiction over the case. (Doc. 20.) Accordingly, IT IS ORDERED that the above-caption cause is DISMISSED WITHOUT PREJUDICE, each party to pay its own costs. All pending motions are MOOT and deadlines are VACATED. The October 1, 2024 pretrial conference is VACATED.

DATED this 16th day of September, 2024.

_____
Donald W. Molloy, District Judge
United States District Court